Fox
*vs*
MILLER.

## Fox *vs* Miller.

ERROR TO THE MADISON CIRCUIT.

*Motions. Paymasters. Evidence.*

CHIEF JUSTICE EWING delivered the opinion of the Court—Judge BRECK did not sit in this case.

THIS is a motion in the name of Miller, the commandant of the regiment, against Fox, the former paymaster, founded on a settlement made with him by the field officers of the regiment.

CHANCERY.

*Case 37.*

*October 10.*

HARROW *et al.*
*vs*
FARROW's HR's.

A fraud or a palpable mistake made by the field officers of the regiment on a settlement with a regimental paymaster, may be enquired into on the trial of a motion against the paymaster for his supposed delinquency and evidence conducing to the proof of mistake sh'ld have been received.

If fraud or palpable mistake has been committed in the settlement, there can be no doubt that it might be overhauled in a Court of Chancery, and we can perceive no good reason why the fraud or mistake might not be inquired into and corrected in the trial of the motion. There is nothing in the statute which makes the settlement so conclusive that it cannot be impeached. It is not a judicial proceeding, nor raised to the dignity of such proceeding. Jurisdiction being given to the County Court to hear the motion, it would seem proper that they should hear the defence. And if it should turn out, upon satisfactory proof, that the settlement and acknowledgment of Fox, that so much money was in his hands as paymaster, when no such sum was in fact in his hands, under an entire misapprehension as to his liability for fines which were not in his hands, but in the hands of a Constable for collection, and which never came to his hands, his acknowledgment was without consideration, and founded upon a mistake of law which exempts him from liability. The proof offered tended to the establishment of this state of case, and was improperly rejected by the County Court.

The judgment is therefore reversed, and cause remanded, that a new trial may be granted, without the payment of costs.

*Harlan & Craddock* for plaintiff; *Caperton and Goodloe* for defendant.

---

CHANCERY.

7bm 126
129    847

7bm126
137    49
138    81

*Case* 38.

*October* 12.

Case stated.